UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAY GUERRERO,<br><br>            Plaintiff,<br><br>     v.<br><br>ALMADEN RV and DOES 1 through 10,<br><br>            Defendants. | Case No.: 5:13-cv-01728-PSG<br><br>**STANDBY ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 64)** |

The docket indicates the parties have reached a settlement in this case.[1] Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than Friday, February 21, 2014.

IT IS FURTHER ORDERED that all dates in this case are vacated.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, February 25, 2014 at 10:00 a.m. to show cause why the case should not be dismissed.

---

[1] *See* Docket No. 64.

Case No.: 5:13-cv-01728-PSG
STANDBY ORDER TO SHOW CAUSE

1

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 5:13-cv-01728-PSG
STANDBY ORDER TO SHOW CAUSE